**MOTHER FRANCES HOSPITAL OF TYLER, TEXAS, Plaintiff–Appellant,**

v.

**Donna E. SHALALA, et al., Defendants–Appellees.**

No. 93–4388.

United States Court of Appeals, Fifth Circuit.

June 9, 1995.

Dan M. Peterson, Thomas E. Dowdall, Fulbright & Jaworski, Washington, DC, for Mother Frances Hosp.

Bob Wortham, U.S. Atty., Office of Gen. Counsel, Dept. of Health & Human Services, Dallas, TX, John P. Schnitker, Dept. of Justice, Civ. Div., Anthony J. Steinmeyer, Washington, DC, for appellee.

ON REMAND FROM THE UNITED STATES SUPREME COURT

Before JOHNSON, GARWOOD and JOLLY, Circuit Judges.

PER CURIAM:

Prior report: 818 F.Supp. 990.

The Supreme Court has vacated this Court's opinion in the above-captioned case, reported as *Mother Frances Hospital of Tyler, Texas v. Shalala*, 15 F.3d 423 (5th Cir. 1994), and has remanded this cause for fur-

---

ther consideration in light of its recent decision in *Shalala v. Guernsey Memorial Hospital,* 514 U.S. ——, 115 S.Ct. 1232, 131 L.Ed.2d 106 (1995). Upon further consideration, we now AFFIRM the judgment of the district court in all respects.